**United States Bankruptcy Court**
**Southern District of Ohio**
**Western Division at Dayton**

**In the Matter of**:
  Chad J. Remaklus
  Amanda L. Remaklus

Case No. 15-33393
Judge HUMPHREY
Chapter 13

**Debtor(s)**

**AGREED SUBSTITUTION OF BRIAN D. FLICK, ESQ. AS DEBTOR'S COUNSEL AND AGREED STIPULATION OF COMPENSATION OF JEFFREY R. MCQUISTON PURSUANT TO LBR 2016-1 and LBR 2091-1 AND AGREED WITHDRAW OF DOCUMENTS**

Debtors Chad and Amanda L. Remaklus, Brian D. Flick, Esq. of the Dann Law Firm and Jeffrey R. McQuiston, Esq. hereby agree to the following:

1. Brian D. Flick, Esq. and the Dann Law Firm are hereby substituted as Counsel for Debtors Chad and Amanda L. Remaklus pursuant to LBR 2091-1 effective November 1st, 2016.

2. Jeffrey R. McQuiston, Esq. Shall hereby be entitled to the remaining $375.00 to be disbursed by the Chapter 13 Trustee pursuant to his Application for Compensation pursuant to LBR 2016-1

3. Jeffrey R. McQuiston, Esq.'s Application for Compensation, Doc. No. 53, is hereby withdrawn.

4. Jeffrey R. McQuiston, Esq.'s Motion to Withdraw as Counsel, Doc. No. 58 and Doc. No. 59, is hereby withdrawn.

5. Debtor's *pro se* Response, Doc. No. 64 is hereby withdrawn.

AGREED AND SERVED UPON:

/s/Chad J. Remaklus                    /s/Amanda L. Remaklus
Chad J. Remaklus, Debtor               Amanda L. Remaklus, Debtor

/s/Jeffrey R. McQuiston, Esq.          /s/Brian D. Flick, Esq.
Jeffrey R. McQuiston, Esq. #0027605    Brian D. Flick, Esq. #0081605

| | |
|---|---|
| 130 W. Second St, Suite 1818 | The Dann Law Firm |
| Dayton, OH 45402-1503 | PO Box 6031040 |
| (937) 226-7529 | Cleveland, OH 44103 |
| (937) 226-1224 fax | (513) 645-3488 |
| mcquistionlaw@yahoo.com | (216) 373-0536 e-fax |
| *Terminated Counsel for Debtors* | bflick@dannlaw.com |
| | notices@dannlaw.com |
| | *Substituted Counsel for Debtors* |

/s/Jeffrey M. Kellner, Esq. (HAVE SEEN)
Jeffrey M. Kellner, Chapter 13 Trustee
131 N. Ludlow St., Suite 900
Dayton, OH 45402
jmkellner@ch13.org; sgstout@ch13.org

## Certificate of Service

      I hereby certify that on this 2nd day of November, 2016, a copy of the foregoing was served upon the following ECF participants at their registered address:

Jeffrey M. Kellner, Esq.
US Trustee
John R. Cummins, Esq., Counsel for Creditor JP Morgan Chase Bank, N.A.

and upon the following parties via ordinary US Mail:

Chad J. Remaklus
Amanda L. Remaklus
7904 Darke Shelby County Line Road
Yorkshire, OH 45388

all creditors on the attached matrix.

                                                  /s/Brian D. Flick, Esq.
                                                  Brian D. Flick, Esq. #0081605