**United States Bankruptcy Court**
**Southern District of Ohio**
**Western Division at Dayton**

**In the Matter of**:
  Chad J. Remaklus                                     Case No. 15-33393
  Amanda L. Remaklus                              Judge HUMPHREY
                                                                  Chapter 13

**Debtor(s)**
**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF DEBTOR'S COUNSEL**

     Brian D. Flick, Esq. Hereby enters his appearance as Counsel for Debtors Chad and

Amanda L. Remaklus.  Please serve all notices upon the undersigned at the address below.

                                                                  Respectfully Submitted,

                                                                  /s/Brian D. Flick, Esq.
                                                                  Brian D. Flick, Esq. #0081605
                                                                The Dann Law Firm
                                                               PO Box 6031040
                                                                Cleveland, OH 44103
                                                                (513) 645-3488
                                                                (216) 373-0536 e-fax
                                                                bflick@dannlaw.com
                                                                notices@dannlaw.com
                                                                *Counsel for Debtors*

## Certificate of Service

      I hereby certify that on this 2nd day of November, 2016 a copy of the foregoing was served upon the following ECF participants at their registered address:

Jeffrey M. Kellner, Esq.
US Trustee
John R. Cummins, Esq., Counsel for Creditor JP Morgan Chase Bank, N.A.

and upon the following parties via ordinary US Mail:

Chad J. Remaklus
Amanda L. Remaklus
7904 Darke Shelby County Line Road
Yorkshire, OH 45388

all creditors on the attached matrix.

                                            /s/Brian D. Flick, Esq._____
                                            Brian D. Flick, Esq. #0081605